# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6



Kelly Woodward,

    Plaintiff,

v.

Collection Consultants of California,

    Defendant.

2:18-cv-05715-VAP-AFMx

**JUDGMENT**

Pursuant to the Order Granting Defendant's Motion for Judgment on the Pleadings, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 2/21/19

Virginia A. Phillips
Chief United States District Judge

1